IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 95 MOC WCM

| | | |
|---|---|---|
| FLORENCE CRAMER, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ETHICON, INC. and | ) | |
| JOHNSON & JOHNSON | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Whitney Jo Butcher. The Motion indicates that Ms. Butcher, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Russell Lewis, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Russell Lewis to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 4, 2021

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge